UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20219-CIV-ALTONAGA/Goodman

MANUEL PEREZ,

    Plaintiff,
v.

GLOBAL PREMIER
BENEFITS, LLC,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court *sua sponte*. As the parties are well aware, on March 9, 2020, another putative class action in this District for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. section 227 *et seq.*, *Eldridge v. Pet Supermarket Inc.*, No. 18-22531-Civ, 2020 WL 1475094 (S.D. Fla. Mar. 9, 2020), was dismissed for plaintiff's lack of standing. *See generally id.* In her Order, Judge Williams held the plaintiff's receipt of five unsolicited text messages did not constitute an injury in fact. *See id.* \*5–7. As in this case, the *Eldridge*-plaintiff alleged the defendant's text messages "invaded [the plaintiff's] privacy, intruded upon his seclusion and solitude, wasted his time by requiring him to open and read the messages, depleted his cellular telephone battery, and caused him to incur a usage allocation deduction to his text messaging or data plan." *Id.*, 2d Am. Compl. [ECF No. 17] ¶ 40, filed Sept. 4, 2018 (alteration added). Judge Williams stated "[i]n light of *Salcedo* [*v. Hanna*, 936 F.3d 1162 (11th Cir. 2019)], the Court must find that Plaintiff's alleged injuries . . . do not state a concrete injury-in-fact." *Eldridge*, 2020 WL 1475094, at \*5 (alterations added).

Defendant, Global Premier Benefits, LLC, asks the Court to dismiss the Amended

CASE NO. 20-20219-CIV-ALTONAGA/Goodman

Complaint [ECF No. 28] in this case for the same reason the *Eldridge*-plaintiff's case was dismissed by Judge Williams. (*See* Mot. to Dismiss [ECF No. 29] 7–11; *see also id.* 8 ("The same analysis [in *Eldridge*] governs here." (alteration added))).

The *Eldridge*-plaintiff appealed Judge Williams's Order on April 6, 2020. *See Eldridge*, Notice of Appeal [ECF No. 149], filed Apr. 6, 2020. A decision by the Eleventh Circuit on whether the *Eldridge*-plaintiff has standing to bring his case before Judge Williams will be dispositive of the standing-issue presented here.

Accordingly, to conserve the parties' and judicial resources, it is **ORDERED AND ADJUDGED** as follows:

1. The case is **STAYED** pending the resolution of the appeal taken in *Eldridge v. Pet Supermarket Inc.*, No. 18-22531-Civ-WILLIAMS.

2. The parties shall provide the Court with joint status updates regarding the appeal of Judge Williams's Order every 60 days beginning **June 12, 2020**.

3. The case is **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties. Any party may move to reopen the case at the appropriate time.

4. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of April, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record