IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:20-cv-20219-CMA

| | |
|---|---|
| MANUEL PEREZ, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **JURY TRIAL DEMANDED** |
| vs. | |
| GLOBAL PREMIER BENEFITS, LLC a Maryland Limited Liability Company, | |
| *Defendant*. _____/ | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Manuel Perez, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Manuel Perez, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: August 28, 2020

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
/s/ Garrett O. Berg
Garrett O. Berg, Esq.
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

## C<span style="font-variant:small-caps">ertificate of</span> S<span style="font-variant:small-caps">ervice</span>

I hereby certify that on August 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

                                       Respectfully submitted,

                                       **SHAMIS & GENTILE, P.A.**
                                       14 NE 1st Ave., Suite 705
                                       Miami, FL 33132
                                       Telephone (305) 479-2299
                                       Facsimile (786) 623-0915
                                       Email: ashamis@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
            Andrew J. Shamis, Esq.
            Florida Bar # 101754


            *Counsel for Plaintiff and the Class*